## In United States District Court
### For the District of Delaware

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

AARON MORRIS,

        Defendant.

Criminal Complaint

CASE NUMBER:   12- 143 M

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about **MARCH 7, 2012,** in the District of Delaware, Defendant **AARON MORRIS** did knowingly possess in and affecting interstate or foreign commerce, a firearm, after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year, in violation of Title 18 United States Code, Sections 922(g)(1)and 924(a)(2).

I further state that I am an ATF Special Agent and that this complaint is based on the following facts:

**See attached Affidavit of Probable Cause**

Continued on the attached sheet and made a part hereof:    **Yes**

_____
Jason M. Kusheba
ATF Special Agent

Sworn to before me and subscribed in my presence,

 September 13, 2012_____    at    Wilmington, DE_____
Date                                                                                      City and State

Honorable Christopher J. Burke
United States Magistrate Judge_____    _____
Name & Title of Judicial Officer                          Signature of Judicial Officer

I, Jason M. Kusheba, being duly sworn, state as follows:

1. I am a Special Agent with the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so employed for over eleven years. During that time, my duties have included the investigation of firearms offenses at both the State and Federal levels. During the course of your affiant's law enforcement career, your affiant has received law enforcement training on the investigation of firearms offenses on over fifty occasions. Your affiant has participated in over one hundred investigations of firearms offenses and participated in the seizure of over fifty firearms. Your affiant has also had over one hundred conversations with police officers and Federal agents about the facts and circumstances of firearms offenses. Your affiant has been employed as a law enforcement officer in various capacities since 1997.

2. I am the case agent responsible for this investigation. Unless otherwise stated, the information in this affidavit is based upon your affiant's personal knowledge, as well as from conversations with Dover Delaware Police Officers and from reading their reports. Because this affidavit is being submitted solely for the purpose of establishing probable cause, not all facts relating to the investigation are included herein.

3. The seizure of all the below stated evidence occurred on March 7, 2012, in City of Dover, in the State and District of Delaware.

4. On or about March 7, 2012, at approximately 10:34 p.m., a Dover Police Office and a Delaware State Probation Officer observed a 2002 Dodge Caravan with no interior or exterior lights on parked facing northbound, against traffic, on the west side of an alleyway. The Officers also observed that the vehicle was occupied by two (2) individuals. The driver and front seat passenger were later identified, the front passenger being Aaron MORRIS.

5. Officers then activated the emergency lights of their unmarked police vehicle and performed a traffic stop of the described vehicle. The Officers then approached the vehicle on foot wearing vests marked "Police" and "Probation," and observed that the front passenger window was partially rolled down. The Officer could then detect the odor of marijuana coming from the vehicle.

6. As a result, the Officers gave MORRIS several commands to exit the vehicle, which were ignored. As the Dover Police Officer prepared to extract MORRIS from the vehicle, MORRIS complied and exited the front passenger door of the vehicle. The driver also exited the vehicle at that time. Both individuals were taken into custody.

7. As the Officer prepared to search MORRIS incident to arrest, he stated that he had a "gun" and some "weed" on him. The officer then recovered a loaded, Taurus model 80, .38-caliber revolver, serial number 1328294, from MORRIS' right rear pants pocket. The Officer also recovered approximately eleven (11) grams of marijuana from MORRIS' right front pants pocket.

8. In a post arrest statement, MORRIS stated that he purchased the described firearm three (3) hours earlier from a "crack head" named "H" for $150 and one (1) ounce of crack cocaine. MORRIS stated that he carries a firearm for protection because his life is constantly being threatened. MORRIS also stated that he had just got into the driver's vehicle to sell her marijuana.

9. Your affiant reviewed the computer criminal history information for the defendant, MORRIS, from the Delaware Justice Information System (DELJIS) and the National Crime Information Center (NCIC). On January 13, 2009, MORRIS was convicted of Burglary 2nd and Possession of a Firearm During the Commission of a Felony, in the Kent County Superior Court for the State of Delaware, both of which are crimes that are punishable by terms of imprisonment exceeding one year.

10. From my training and experience, your affiant knows that the seized revolver contains the frame of a firearm and that the firearm appeared to be capable of expelling a projectile by the action of an explosive.

11. From my training and experience, your affiant also knows that the above mentioned firearm was manufactured outside of Delaware such that its possession in Delaware would have necessarily required that the firearm had crossed state and/or national lines prior to its possession in Delaware and such that the possession of this firearm in Delaware would have affected interstate and foreign commerce.

12. Wherefore, based upon your affiant's training and experience, your affiant submits that there is probable cause to believe that the defendant violated Title 18 U.S.C. §§ 922(g) & 924(a)(2) by possessing in and affecting interstate and foreign commerce a firearm, after having previously been convicted of a felony crime punishable by imprisonment for a term exceeding one year, and respectfully requests that the Court issue a Criminal Complaint charging that offense.

_____
Jason Kusheba
Special Agent, ATF


Sworn to and subscribed in my presence
This 13th day of September, 2012

_____
Honorable Christopher J. Burke
United States Magistrate Judge